IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **MINDY SUE KOLIN,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 22-cv-00074 |
| | ) |
| **ANIMAL CARE TRUST d/b/a** | )    Judge Steger |
| **MCKAMEY ANIMAL CENTER,** | ) |
| | ) |
|     Defendant. | ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims of the Plaintiff in the above-captioned proceeding. Pursuant to this Stipulation, this action is hereby dismissed with prejudice in its entirety, and each party shall bear its own costs and attorney fees.

    Respectfully submitted,

    MASSEY & ASSOCIATES, P.C.

    *s/ R. Ethan Hargraves (w/permission JCA)*
    R. Ethan Hargraves, Bar No. 033331
    6400 Lee Highway, Suite 101
    Chattanooga, TN 37421
    423.697.4529 (phone)
    423.624.8886 (fax)
    ehargraves@masseyattorneys.com

    *Attorney for Plaintiff*

LITTLER MENDELSON, P.C.

*s/ J. Christopher Anderson*
J. Christopher Anderson, Bar No. 019279
333 Commerce Street, Suite 1450
Nashville, TN 37201
615.383.3033 (phone)
615.383.3323 (fax)
chrisanderson@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filings.

R. Ethan Hargraves
Massey & Associates, P.C.
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
ethan@masseyattorneys.com

*s/ J. Christopher Anderson*
J. Christopher Anderson